NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IPCOM GMBH & CO.,**
*Appellant*

**v.**

**HTC CORPORATION,**
*Appellee*

———————————

2018-1349

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,192.

———————————

**JUDGMENT**

———————————

DAVID A. REED, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by MITCHELL G. STOCKWELL, MICHAEL S. PAVENTO.

TYLER R. BOWEN, Perkins Coie LLP, Phoenix, AZ, argued for appellee. Also represented by DAN L. BAGATELL, Hanover, NH.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 6, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |